UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE BEARDSHEAR,<br><br>        Plaintiff,<br><br>  v.<br><br>HAZEL DELL LANES, INC.,<br><br>        Defendant. | CASE NO. C06-5305RJB<br><br>ORDER GRANTING WITHDRAWAL AND AMENDING CASE SCHEDULE |

This matter comes before the Court on the parties' Stipulation of Withdrawal and Substitution of Counsel for the Defendant Hazel Dell Lanes, Inc. (Dkt. 14) and Stipulation Amending Case Scheduling Order (Dkt. 15). Pursuant to the stipulation of the parties, it is hereby

**ORDERED** that Steven E. Turner and all other attorneys of the law firm Miller Nash LLP are withdrawn as counsel of record for defendant Hazel Dell Lanes, Inc., and Renae Saade and the law offices of Schwabe, Williamson, & Wyatt may appear as counsel of record for the defendant. The initial scheduling dates as set forth in the Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 8) are amended as follows: (1) Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) are due September 11, 2006. (2) The deadline for submitting a Joint Status Report/Discover plan is September 18, 2006.

ORDER
Page 1

1 | The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel
2 | of record and to any party appearing *pro se* at said party's last known address.
3 | DATED this 7th day of September, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page 2