UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE BEARDSHEAR,

    Plaintiff,

v.

HAZELL DELL LANES, INC. and SKIPPER'S, INC.,

    Defendants.

Case No. C06-5305RJB

ORDER TO SHOW CAUSE

    This matter comes before the court on review of the file.

    On June 1, 2006, plaintiff Michelle Beardshear filed suit against Hazell Dell Lanes, Inc. in federal court alleging that she was denied access to a Skipper's Restaurant owned, leased, or operated by Hazell Dell Lanes, Inc. because the restaurant is not accessible to people with disabilities. Dkt. 1. The complaint lists the following claims: (1) violation of the Americans with Disabilities Act and (2) violation of the Washington Law Against Discrimination. *Id.* On November 13, 2006, the court granted plaintiff's motion to file an amended complaint, adding Skippers, Inc., as a defendant. Dkt. 22 and 23.

    On December 13, 2006, Skippers, Inc. filed a Notice of Bankruptcy Petition and Stay of Proceedings, informing the court that, on December 12, 2006, Skippers, Inc. filed a Chapter 11 Bankruptcy Petition in the United States District Court for the Western District of Washington, Case No. 06-14414. Dkt. 37. Accordingly, pursuant to 11 U.S.C. § 362(a)(1), the proceedings in this civil case were automatically stayed against Skippers, Inc. pending the resolution of the bankruptcy.

ORDER
Page - 1

1   On January 19, 2007, pursuant to the stipulation of plaintiff and Hazell Dell Lanes, Inc., the court
2   stayed the litigation involving these two parties for thirty days.  Dkt. 40.
3   No action has been taken by plaintiff or Hazell Dell Lanes, Inc. to request that the stay be
4   continued or that the case proceed with regard to these two parties.  Accordingly, the court should order
5   plaintiff and Hazell Dell Lanes, Inc. to show cause why the stay should not be lifted with regard to
6   plaintiff's claims against Hazell Dell Lanes, Inc.
7   Therefore, it is hereby
8   **ORDERED** that, not later than September 14, 2007, plaintiff and Hazell Dell Lanes, Inc. are
9   **ORDERED TO SHOW CAUSE**, if any they may have, why the stay in this case should not be lifted with
10  regard to plaintiff's claims against Hazell Dell Lanes, Inc.  If plaintiff and Hazell Dell Lanes, Inc. fail to
11  timely respond to this order to show cause, or if they otherwise fail to show cause, the court will lift the
12  stay with regard to the claims involving plaintiff and Hazell Dell Lanes, Inc. and these claims will proceed.
13  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
14  party appearing *pro se* at said party's last known address.
15  DATED this 23rd day of August, 2007.

Robert J Bryan
United States District Judge